**Order entered June 18, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01370-CR

**JEREMY DEANDRE TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-0760083-K**

## ORDER

The clerk's record filed in the above-styled appeal is, in large part, a duplicate of the clerk's record filed in cause no. 05-13-01369-CR. It contains documents germane to cause no. 05-13-01369-CR. Accordingly, Appellant's May 31, 2014 motion to supplement the clerk's record on appeal is **GRANTED**.

We **STRIKE** the clerk's record filed in this cause on February 19, 2014.

We **ORDER** the Dallas County District Clerk to file, within **TWENTY-ONE DAYS** of the date of this order, the clerk's record in this case.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following:

Dallas County District Clerk Gary Fitzsimmons

The Dallas County District Clerk, Criminal Records Division
Counsel for all parties

          /s/     LANA MYERS
                 JUSTICE